# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   Criminal No. 10-339 (PJS/JJK)

        Plaintiff,

v.   **Order**

GIESY SANCHEZ (3),
GABRIEL DAMAS MARTINEZ (4), and
JAIRO CHAIDES (7)

        Defendants.

Jeffrey S. Paulsen, Esq., Assistant United States Attorney, counsel for Plaintiff.

Lee R. Wolfgram, Esq., The Wolfgram Law Firm, Ltd., counsel for Defendant Sanchez.

F. Clayton Tyler, Esq., F. Clayton Tyler, PA, counsel for Defendant Martinez.

John J. Leunig, Esq., Law Office of John J. Leunig, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 21, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Defendant Giesy Sanchez's Motion for Severance of Defendants (Doc. No. 105), is **DENIED**;

    2.       Defendant Gabriel Damas Martinez's for Severance of Defendants (Doc. No. 119), is **DENIED**;

    3.       Defendant Gabriel Damas Martinez's Motion for Severance of Counts (Doc. No. 118), is **DENIED**; and

    4. Defendant Jairo Chaides's Motion for a Separate Trial (Doc. No. 77), is **DENIED**.

Date:  April 11, 2011

                                                          s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          United States District Judge